JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PEREZ SOTO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NEIL MCDOWELL, Warden,<br><br>　　　　　Respondent. | Case No. 2:17-cv-08299-MWF-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed and the action is dismissed without prejudice.

DATED: October 16, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE